PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:02CR00606-1 SEP

DOCKET NUMBER *(Rec. Court)*
**3:25-cr-00015**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brian White | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |
| | NAME OF ASSIGNED JUDGE<br>The Honorable Sarah E. Pitlyk<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 19, 2024 / TO December 18, 2029 |

OFFENSES

Count One: Conspiracy to Distribute Narcotics
Count Two: Narcotics – Sell, Distribute, or Dispense
Count Three: Carry Firearm During Drug Trafficking Crime
Count Four: Narcotics – Sell, Distribute, or Dispense (Heroin)
Count Five: Narcotics – Sell, Distribute, or Dispense (Heroin)
Count Six: Felon in Possession of Firearms
Count Seven: Narcotics – Sell, Distribute, or Dispense (Cocaine)
Count Eight: Felon in Possession of Firearms

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant has established stable residence in receiving district

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 23, 2025
*Date*

[signature: Sarah E. Pitlyk]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 28, 2025
*Effective Date*

[signature: William L. Campbell, Jr.]
*United States District Judge*

**United States District Court**
**Middle District of Tennessee**

Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-7396

January 28, 2025

**Clerk**
**Missouri Eastern District Court**
**Thomas F. Eagleton United States Courthouse**
**111 South Tenth Street, Room 3.300**
**St. Louis, MO 63102-1116**

**Re: TRANSFER OF JURISDICTION**

**USA v. Brian White**
**Eastern District of Missouri Case No. 4:02CR00606-1 SEP**
**Assigned Middle District of Tennessee Criminal Case No. 3:25-cr-00015**

Dear Clerk:

Enclosed please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **District Judge William L. Campbell, Jr.**

**All documents that we need have been retrieved from your website. It is not necessary for your Court to send any further documentation.**

Sincerely,

Jeremy Medley

Jeremy Medley
Criminal Case Administrator

Enclosure